**IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON**

**DIVISION II**

| | |
|---|---|
| STATE OF WASHINGTON, | No. 57744-5-II |
| Respondent, | |
| v. | |
| PAUL THOMAS CLARK, | ORDER WITHDRAWING OPINION |
| Appellant. | |

At the direction of the Supreme Court, and on the court's own motion, we withdraw the opinion filed on May 7, 2024. A new opinion will be issued in due course. It is

SO ORDERED.

Panel: Jj. Glasgow, Veljacic, Che

FOR THE COURT:

_____
Veljacic, A.C.J.